**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA**

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and ZOMBA RECORDING LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DOES 1-4, | ) ) |
| Defendants. | ) |

**CIVIL ACTION
CASE NO**. 08-1340-MLB-DWB

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO TAKE EXPEDITED
DISCOVERY**

This matter is before the Court on Plaintiffs' Motion for Leave to Take Expedited

Discovery. (Doc. 3.)  Having considered the motion, and being sufficiently advised, the Court

hereby FINDS good cause for the relief requested.  Therefore,

IT IS HEREBY ORDERED that Plaintiffs may serve immediate discovery on Ramon

(a/k/a Raymond) Lopez, his wife, and his daughters, in the form of a Rule 45 subpoena for

deposition testimony in order to obtain the identity of each Doe defendant.

IT IS FURTHER ORDERED THAT Plaintiffs may serve immediate discovery in the

form of a Rule 45 subpoena for deposition testimony on individuals identified by Ramon Lopez

and/or his family, who operated the computer used to infringe Plaintiffs' copyrights during or

near July of 2007.

CC 2052822v1

IT IS FURTHER ORDERED THAT Plaintiffs may serve immediate discovery in the form of a Rule 45 subpoena for a computer forensic examination of any computer determined from the deposition testimony to have been used in the infringement alleged in this case, and if such a computer cannot be identified, Plaintiffs may serve immediate discovery in the form of a Rule 45 subpoena for a computer forensic examination of any computer located in Mr. Lopez's home on or about July 9, 2007.

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoenas shall be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

Dated:  November 13, 2008.            s/   DONALD W. BOSTWICK
                                     United States Magistrate Judge

CC 2052822v1